# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ ___1st___ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Francisco Parisi  JOINT DEBTOR: Felisa O. Parisi  CASE NO.: 11-16437-BKC-RBR
Last Four Digits of SS# __5107__  Last Four Digits of SS# __0518__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $__237.14__ for months __1__ to __60__;
    B.   $_____ for months _____ to _____;
    C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 4925.00  TOTAL PAID $ __850.00__
                Base fee $3,500.00 plus $150.00 cost, plus $750.00 Motion to Value and Strip 2nd Mortgage, and Motion to Value vehicle $525.00
                Balance Due    $__4,075.00__ payable $ 135.84 /month (Months __1__ to __30__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____  Arrearage on Petition Date $_____
Address: _____    Arrears Payment   $_____ /month (Months _____ to _____)
_____      Arrears Payment   $_____ /month (Months _____ to _____)
Account No: _____    Arrears Payment   $_____ /month (Months _____ to _____)
                         Regular Payment   $_____ /month (Months _____ to _____)
                         Regular Payment   $_____ /month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America 201 N Tryon Street Charlotte, NC 28202 Acct# 2820 | $6,900.00 2004 Ford Explorer | 5.25 % | $ 79.74 $ 182.26 | __1__ To __30__ __31__ To __60__ | $7,860.08 |
| Specialized Loan Servi. 8742 Lucent Blvd. Suite 300 Highlands Ranch, CO 80129 Acct# 2828 | $ 0.00 109 Fox Road Hollywood, Florida 33024 | 0.00 % | $ 0.00 | __1__ to __60__ | $ 0.00 Avoid Lien in Full |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                        Payable    $_____ /month (Months____ to ___) Regular Payment $_____

Unsecured Creditors: Pay $__33.32__ /month (Months __31__ to __60__).
                  Pay $_____ /month (Months_____ to _____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Carriage Hills Condo and Onewest Bank are paid outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jorge L. Suarez for Debtor           /s/ Jorge L. Suarez for Debtor
Debtor                               Joint Debtor
Date: __04/21/2011__                Date: __04/21/2011__

LF-31 (rev. 01/08/10)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Amended Chapter 13 Plan was electronically served to the Clerk of the Bankruptcy Court ; Robin R. Weiner, Trustee, and served by U.S. mail to all interested parties on attached list on this _21_ day of _April_ , 2011.

Respectfully submitted,

Jorge L. Suarez, Esq.
Attorney for Debtor(s)
3735 S.W. 8th Street Suite 101
Coral Gables, Florida 33134
Tel: (305) 445-2944
jorgesuarezlaw@aol.com

/s/ Jorge L. Suarez
Jorge L. Suarez, Esq.
FL Bar No. 0844950

Label Matrix for local noticing
113C-0
Case 11-16437-RBR
Southern District of Florida
Fort Lauderdale
Thu Apr 21 10:31:17 EDT 2011

HSBC Bank Nevada, N.A.
Bass & Associates P.C.
c/o Patti Bass
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

AT&T
POB 105503
Atlanta, GA 30348-5503

Ars Account Resolution
1801 Nw 66th Ave Ste 200
Plantation, FL 33313-4571

Badcock
2147 Pembroke Road
Hollywood, FL 33020-6254

Bank Of America
201 N Tryon St
Charlotte, NC 28202-2146

Cap One
Po Box 85520
Richmond, VA 23285-5520

Carter-Young Inc
Po Box 82269
Conyers, GA 30013-9433

Carter-Young Inc
Radiology Assoc
POB 82269
Conyers, GA 30013

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase Bank USA,N.A
c/o Creditors Bankruptcy Services
P O Box 740933
Dallas,Tx 75374-0933

Cit/Fhut
6250 Ridgewood Road
St Cloud, MN 56303-0820

CitiFinancial
1260 N University Dr
Coral Springs, FL 33071-6621

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202-2120

City of Dania Beach Fire Rescue
POB 1708
Dania, FL 33004-1708

Collectron
POB 82269
Conyers, GA 30013-9433

Credit First N A
6275 Eastland Rd
Brook Park, OH 44142-1399

Credit First National Association
Po Box 818011
Cleveland, OH 44181-8011

Creditor Services Of
2821 E Commercial Blvd Ste 207  Florida,
Ft Lauderdale, FL 33308-4216

Creditors Services Inc
2821 E Commercial Blvd S
Fort Lauderdale, FL 33308-4216

Department Stores National Bank/Macys
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

First Fed Credit & Col
5821 Hollywood Blvd Ste
Hollywood, FL 33021-6308

First Federal Credit C
24700 Chagrin Blvd Ste 2
Cleveland, OH 44122-5647

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Florida Institure for Cardiovascular Car
3702 Washington Street
Suite 403
Hollywood, FL 33021-8284

Hollywood Injury Rehab Center
2544 N State Road 7
Hollywood, FL 33021-3205

(p)HSBC BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 5213
CAROL STREAM IL 60197-5213

Inphynet South Broward Inc
POB 740022
Cincinnati, OH 45274-0022

Internal Revenue Ser.
Centralized Insolcency Operation
POB 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6 Court
Stop 5730
Fort Lauderdale, FL 33324-3210

Internal Revenue Services
P O Box 7317
Philadelphia, PA 19101-7317

Kohls/Chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Magcalas MD PA, Mario
10794 Pines Blvd 205
Hollywood, FL 33026-3920

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Memorial Healthcare Systems
POB 863436
Orlando, FL 32886-3436

Memorial Regional Hosp
POB 628249
Orlando, FL 32862-8249

Merchants Assoc Cool D
134 S Tampa St
Tampa, FL 33602-5396

Mercury EKG Associates
POB 198337
Atlanta, GA 30384-8337

(p)MARLIN MEDCLR INOVISION
507 PRUDENTIAL ROAD
HORSHAM PA 19044-2308

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Onewest Bank
6900 Beatrice Dr
Kalamazoo, MI 49009-9559

Pathology Consultants of South Broward
POB 17920
Orlando, FL 32891-0001

Premier BankCard Charter
POB 2208
Vacaville CA 95696-8208

Radiology Associates of Hollywood
9050 Pines Boulevard Suite 200
Hollywood, FL 33024-6456

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Specialized Loan Servi
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129-2386

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129-2386

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Thd/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

Tnb - Target
Po Box 673
Minneapolis, MN 55440-0673

Trans National Credi
1126 S Federal Highway Ste 273
Ft Lauderdale, FL 33316-1257

Wells Fargo
PO Box 7648
Boise ID 83707-1648

Wells Fargo
Po Box 29704
Phoenix, AZ 85038-9704

Wfnnb/Limited
Po Box 330066
Northglenn, CO 80233-8066

Wfnnb/Ny&C
220 W Schrock Rd
Westerville, OH 43081-2873

Wfnnb/Victorias Secret
Po Box 182128
Columbus, OH 43218-2128

Felisa Parisi
109 Fox Road
Hollywood, FL 33024-8903

Francisco Parisi
109 Fox Road
Hollywood, FL 33024-8903

Jorge L Suarez Esq.
3735 SW 8 St #101
Coral Gables, FL 33134-3120

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355-9007

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Hsbc/Bsbuy
Po Box 15519
Wilmington, DE 19850

Nco-Medclr
Po Box 8547
Philadelphia, PA 19101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fhut/Metbk

End of Label Matrix
Mailable recipients    59
Bypassed recipients     1
Total                  60